Jerome HART, a/k/a Jerome V. Hart,
a/k/a Jerome Vernard Hart,
Plaintiff–Appellant,

v.

PIEDMONT MEDICAL, Defendant–
Appellee.

No. 13–6529.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 17, 2013.

Decided: Oct. 2, 2013.

Jerome Hart, Appellant pro se.

Before AGEE, WYNN, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerome Hart appeals the district court's
order denying relief on his 42 U.S.C.
§ 1983 (2006) complaint. The district
court referred this case to a magistrate
judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2013).
The magistrate judge recommended that
relief be denied and advised Hart that
failure to file timely objections to this rec-
ommendation could waive appellate review
of a district court order based upon the
recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Hart has waived appellate review by fail-
ing to timely file objections after receiving
proper notice. Accordingly, we affirm the
judgment of the district court.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

*AFFIRMED.*